## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-08234-JC | Date | September 9, 2025 |
|---|---|---|---|
| Title | United States of America v. Yenni Rosmeri Galindo Cartagena De Ical | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none | none |

**Proceedings:**        **(In Chambers)**

**REMINDER NOTICE REGARDING PLAINTIFF'S DEADLINE TO OPT OUT OF ASSIGNMENT OF CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    Per the attached Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent Form ("Notice") issued on September 2, 2025, the deadline for Plaintiff affirmatively to decline to consent to the assignment of this case to the Magistrate Judge for all purposes (*i.e.*, to "opt out") will expire on **September 16, 2025**. **If the declination form is not received by such deadline, Plaintiff will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge for all purposes.** To the extent Plaintiff wishes to opt out, Plaintiff must follow the instructions on the attached Notice. **Parties are free to decline to consent to Magistrate Judge jurisdiction without adverse substantive consequences.**

<u>Attachment</u>